IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHELLE KEYLON** and **ALEXUS GERDES**, individually and on behalf of all other similarly situated individuals,<br><br>    **Plaintiff,**<br><br>v.<br><br>**NELNET, INC.,**<br><br>    **Defendant.** | 4:20-CV-03059<br><br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiffs filed their Complaint on June 1, 2020. *See*, Doc. # 1. To date, no answer or responsive pleading has been filed by Defendant. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

Accordingly, Plaintiffs hereby file this notice of voluntary dismissal of their Complaint, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 12, 2020                          Respectfully submitted,

                                                          /s/ *Kelly Brandon,*
                                                          Kelly Brandon, NE Bar No. 20734
                                                          Aimee Bataillon, NE Bar No. 22190
                                                          Fiedler Law Firm, PLC
                                                          20615 Hwy 370
                                                          Gretna, NE 68028
                                                          Phone: (402) 316-3060
                                                          kelly@employmentlawnebraska.com
                                                          aimee@employmentlawnebraska.com


                                                          *[Additional signatures of counsel on following page]*

Jason Thompson (*pro hac vice* forthcoming)
Charles R. Ash (*pro hac vice* forthcoming)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
jthompson@sommerspc.com
crash@sommerspc.com

*Attorneys for Plaintiff and the Putative Class/Collective Action Members*